IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>REYNALDO OROS-OROS,<br><br>       Defendant. | No. CR 04-1508-TUC-CKJ (HCE)<br><br>**ORDER** |

On November 11, 2010, Magistrate Judge Hector C Estrada issued a Report and Recommendation (Doc. # 28) in which he recommended that Defendant Reynaldo Oros-Oros's Motion for Resolution of Outstanding Release Revocation Proceedings (Doc. 27) be denied. The Report and Recommendation notified the parties that they had fourteen days after being served a copy of the Report and Recommendation to serve and file written objections. A copy of the Report and Recommendation was mailed to Defendant on December 17, 2010. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. # 28) is ADOPTED.

2. Defendant Reynaldo Oros-Oros's Motion for Resolution of Outstanding Release Revocation Proceedings (Doc. 27) is DENIED.

3. The Clerk of the Court shall mail a copy of this Order to Defendant Reynaldo Oros-Oros at the following address:

>Renaldo Oros-Oros
>Reg. No. 98717-008
>Federal Correctional Institution
>P.O. Box. 725
>Edgefield, SC  29824

DATED this 18th day of January, 2011.

_____
Cindy K. Jorgenson
United States District Judge

- 2 -